

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RONALD E. BASKETTE,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMONWEALTH ATTORNEY OF<br>BUCKINGHAM COUNTY, ET AL.,<br><br>*Defendants.* | CIVIL ACTION NO. 6:05-CV-00008<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss is hereby GRANTED. This matter is hereby DISMISSED.

It is so ORDERED.

The Clerk of the Court is directed to STRIKE this case from the docket, and further directed to send a copy of this Order and the accompanying Memorandum Opinion to all parties.

ENTERED: *[signature]*
U.S. District Judge

Date: July 5, 2005